## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MORGAN ASPEN RAIN (1),<br><br>                    Defendant. | CASE NO. **13CR0052-JLS**<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

X    the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

X    of the offense(s) as charged in the Information:

21 USC §§952, 960 Importation of methamphetamine

---

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 13, 2015

Janis L. Sammartino
U.S. District Judge